AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| LA CLINICA DE LA RAZA (see attachment for additional Plaintiffs)<br><br>*Plaintiff(s)*<br>v.<br>Donald J. Trump, in his Official Capacity as President of the United States (see attachment for additional Defendants)<br><br>*Defendant(s)* | Civil Action No. 3:19-cv-4980  JSC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Office of the General Counsel
245 Murray Lane SW
Mail Stop 0485
Washington, DC 20528


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Nicholas Espíritu (SBN 237665)
espiritu@nilc.org
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Boulevard, #108-62
Los Angeles, CA 90010
Telephone: 213-639-3900/Facsimile: 213-639-3911

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date: 8/19/2019

*Signature of Clerk or Deputy Clerk*
Mark Romyn

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**ATTACHMENT**

**ADDITIONAL PLAINTIFFS:**

California Primary Care Association; Maternal and Child Health Access; Farmworker Justice; Council on American Islamic Relations-California; African Communities Together; Legal Aid Society of San Mateo County; Central American Resource Center; Korean Resource Center

**ADDITIONAL ATTORNEYS:**

Linton Joaquin (SBN 73547)
Alvaro M. Huerta (SBN 274787)
Mayra B. Joachin (SBN 306065)
**NATIONAL IMMIGRATION LAW CENTER**
3450 Wilshire Boulevard, #108-62
Los Angeles, CA 90010
Telephone: 213-639-3900
Facsimile: 213-639-3911
Email: joaquin@nilc.org
Email: huerta@nilc.org
Email: joachin@nilc.org

Tanya Broder (SBN 136141)
**NATIONAL IMMIGRATION LAW CENTER**
2030 Addison Street, Suite 420
Berkeley, CA 94704
Telephone: 510-663-8282
Email: broder@nilc.org

Joanna Elise Cuevas Ingram (SBN 290011)
**NATIONAL IMMIGRATION LAW CENTER**
P.O. Box 170392
Brooklyn, NY 11217
Telephone: 213-377-5258
Facsimile: 213-377-5258
Email: cuevasingram@nilc.org

Max S. Wolson
**NATIONAL IMMIGRATION LAW CENTER**
P.O. Box 34573
Washington, D.C. 20043
Telephone: 202-216-0261
Facsimile: 202-216-0266
Email: wolson@nilc.org

Antionette Dozier (SBN: 244437)
adozier@wclp.org
Robert D. Newman (SBN) 86534)
rnewman@wclp.org
David Kane (SBN: 292186)
dkane@wclp.org
**WESTERN CENTER ON LAW & PROVERTY**
3701 Wilshire Boulevard, Suite 208
Los Angeles, CA 90010
Tel: (213)-487-7211
Fax: (213)-487-0242

Martha Jane Perkins, State Bar No. 104784
perkins@healthlaw.org
**NATIONAL HEALTH LAW PROGRAM**
200 N. Greensboro Street, Ste. D-13
Carrboro, NC 27510
Tel.: (919) 968-6308
Fax: (919) 968-8855

Laboni Hoq, SBN 224140
lhoq@advancingjustice-la.org
Yanin Senachai, SBN 288336
ysenachai@advancingjustice-la.org
Michelle (Minju) Cho, SBN 321939
mcho@advancingjustice-la.org
**ASIAN AMERICANS ADVANCING JUSTICE – LOS ANGELES**
1145 Wilshire Blvd., 2nd Floor
Los Angeles, CA 90017
Telephone: (213) 977-7500
Fax: (213) 977-7500

**ADDITIONAL DEFENDANTS:**

UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; KENNETH T. CUCCINELLI, in his Official Capacity as Director of U.S. Citizenship and Immigration Services; and KEVIN K MCALEENAN, in his Official Capacity as Acting Secretary of the Department of Homeland Security