AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| LA CLINICA DE LA RAZA et al *Plaintiff* v. DONALD J. TRUMP *Defendant* | ) ) ) Case No. 3:19-cv-04980 ) ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, LA CLINICA DE LA RAZA et al

Date:     08/19/2019

*Attorney's signature*

Martha Jane Perkins (104784)
*Printed name and bar number*

NATIONAL HEALTH LAW PROGRAM
200 N. Greensboro Street, Ste. D-13
Carrboro, NC 27510

*Address*

perkins@healthlaw.org
*E-mail address*

(919) 968-6308
*Telephone number*

(919) 968-8855
*FAX number*