AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| LA CLINICA DE LA RAZA, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-cv-04980 |
| DONALD J. TRUMP, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, La Clínica de La Raza, et al., .

Date:  08/19/2019

/s/ - Alvaro M. Huerta
*Attorney's signature*

Alvaro M. Huerta, SBN 274787
*Printed name and bar number*
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Boulevard, #108-62
Los Angeles, CA 90010

*Address*

huerta@nilc.org
*E-mail address*

(213) 639-3900
*Telephone number*

(213) 639-3911
*FAX number*