AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| La Clinica de la Raza, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-cv-4980 |
| Donald J. Trump, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs La Clinica de la Raza, et al.                                       .

Date:   08/20/2019

/s/ David Kane
*Attorney's signature*

David Kane, SBN 292186
*Printed name and bar number*

Western Center on Law & Poverty
3701 Wilshire Blvd. Suite 208
Los Angeles, CA 90010
*Address*

dkane@wclp.org
*E-mail address*

(213) 235-2623
*Telephone number*

(213) 487-0242
*FAX number*