UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CLINICA DE LA RAZA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DONALD J. TRUMP, et al.,<br><br>    Defendants. | Case No. 19-cv-04980-HSG<br><br>**ORDER DIRECTING PARTIES TO FILE RESPONSE TO JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES**<br><br>Re: Dkt. No. 26 |

On August 22, 2019, the Court referred the above-captioned case to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to *City and County of San Francisco v. U.S. Citizenship and Immigration Services*, No. 19-cv-04717-PJH. *See* Dkt. No. 26. Pursuant to Civil L.R. 3-12(b) and (e), the Court **DIRECTS** any party wishing to file a response in support of or in opposition to relating the cases to do so by Thursday, August 29, 2019, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: 8/27/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge