UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CLINICA DE LA RAZA, et al., <br> Plaintiffs, <br> v. <br> DONALD J. TRUMP, et al., <br> Defendants. | Case No. 19-cv-04980-PJH <br><br> **ORDER RESCHEDULING HEARING DATE AND SETTING BRIEFING SCHEDULE** <br><br> Re: Dkt. No. 35 |

On September 4, 2019, plaintiffs in this action filed a motion for preliminary injunction and noticed it for hearing on October 9, 2019. Dkt. 35. This action is related to two other actions, each with its own pending motion for preliminary injunction set for hearing on October 2, 2019, seeking similar relief. See Case No. 19-cv-04717-PJH, Dkt. 22; Case No. 19-cv-04975-PJH, Dkt. 17. Each of the three motions seeks to enjoin implementation of the same regulation prior to its planned effective date of October 15, 2019. Hearing the three motions on the same day would advance the efficient administration of justice.

Accordingly, and considering the current hearing date's proximity to the planned effective date of the regulation, the court hereby RESCHEDULES the hearing on plaintiffs' motion for preliminary injunction in this action to October 2, 2019 at 9:00 AM in Oakland, Courtroom 3, 3rd Floor. The deadline for defendants to oppose plaintiffs' motion is RESCHEDULED to September 16, 2019, and plaintiffs' deadline to reply is

/ / /

/ / /

1  RESCHEDULED to September 20, 2019.

2  **IT IS SO ORDERED.**

3  Dated:  September 4, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge