# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** October 2, 2019 (Time: 57 minutes)    **JUDGE:** Phyllis J. Hamilton

**Case No:** 19-cv-04980-PJH
**Case Name:** La Clinica De La Raza, et al. v. Trump, et al.

| | |
|---|---|
| **Attorney(s) for Plaintiff:** | Alvaro Huerta; Nicholas Espiritu; Joanna Cuevas Ingram; Kevin Herrera; Tanya Broder; Max Wolsen; Mayra Joachin |
| **Attorney(s) for Defendant:** | Ethan Davis; Eric Soskin; Kuntal Cholera |

**Deputy Clerk:** Kelly Collins          **Court Reporter:** Pamela Batalo Hebel

## PROCEEDINGS

Plaintiffs' Motion for Preliminary Injunction Hearing - Held. The Court takes the matter under submission. Parties shall confer on a proposed stipulated injunction that is just short of a nationwide injunction. Parties may submit either joint or separate proposed injunctions (one proposed injunction from all plaintiffs) by 10/7/19 at 9:00 a.m. Plaintiffs shall submit one page of record citation of evidence they are relying upon establishing support of the five harms by 10/4/19 at 4:00 p.m.

**Notes:**

**cc: chambers**