Nicholas Espíritu (SBN 237665)
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Boulevard, #108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911
espiritu@nilc.org

Antionette Dozier (SBN 244437)
WESTERN CENTER ON LAW & POVERTY
3701 Wilshire Boulevard, Suite 208
Los Angeles, CA 90010
Tel: (213) 487-7211
Fax: (213) 487-0242
adozier@wclp.org

Martha Jane Perkins (SBN 104784)
NATIONAL HEALTH LAW PROGRAM
200 N. Greensboro Street, Ste. D-13
Carrboro, NC 27510
Tel.: (919) 968-6308
Fax: (919) 968-8855
perkins@healthlaw.org

*Attorneys for Plaintiffs*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CLÍNICA DE LA RAZA; ET AL., | Case No. 4:19-cv-04980-PJH |
| Plaintiffs, | |
| v. | **STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-2 REQUESTING ORDER CHANGING TIME** |
| DONALD J. TRUMP, ET AL. | |
| Defendants. | |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendants, through their counsel of record stipulate as follows:

1. On August 16, 2019, Plaintiffs filed suit challenging regulations promulgated by Defendants, *Inadmissibility on Public Charge Grounds*, RIN 1615-AA22, 84 Fed. Reg. 41, 292 (Aug. 14, 2019) ("Public Charge Rule" or "Rule"). The complaint alleged causes of action under the Administrative Procedure Act and the Fifth Amendment of the U.S. Constitution.

2. On November 14, 2019, the parties in this action appeared for an initial case management conference, along with parties in two related cases, *City and County of San Francisco, et al. v. U.S. Citizenship and Immigration Services, et al.*, 4:19-cv-04717 (Aug. 13, 2019), and *State of California v. Department of Homeland Security*, 4:19-cv-4975 (Aug. 16, 2019).

3. On November 14, 2019, the Court ordered the parties to submit by December 9, 2019, a stipulated schedule to set key deadlines for this case.

4. Since then the parties have engaged in negotiating a schedule for the litigation.

5. The parties in *State of California*, No. 19-4975 are also negotiating a schedule for that litigation and have sought an extension of time until December 20, 2019 to propose their schedule.

6. The parties in this case will attempt to propose a schedule that aligns with the schedule proposed in the *State of California* matter.

7. Accordingly, an extension of time, from December 9, 2019 to December 20, 2019, for planning and negotiating a proposed stipulated schedule is necessary. *See* Espiritu Decl. ¶¶ 1-4.

8. The parties have not previously sought an extension of time in this matter.

9. Granting this stipulation will not impact any other deadlines in this case, as none have been set.

10. Pursuant to Local Rule 6-2(a), undersigned counsel has submitted a declaration of support of this stipulation.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the Court's approval, that:

1) The December 9, 2019 deadline is extended, and

2) The parties shall have additional time to submit their proposed schedule on or before December 20, 2019.

Dated:  December 9, 2019

Respectfully submitted,

/s/ Nicholas Espíritu
NICHOLAS ESPÍRITU (SBN 237665)
espiritu@nilc.org
LINTON JOAQUIN (SBN 73547)
joaquin@nilc.org
ALVARO M. HUERTA (SBN 274787)
huerta@nilc.org
MAYRA B. JOACHIN (SBN 306065)
joachin@nilc.org
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Boulevard, #108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911

ANTIONETTE DOZIER (SBN: 244437)
adozier@wclp.org
ROBERT D. NEWMAN (SBN) 86534)
rnewman@wclp.org
DAVID KANE (SBN: 292186)
dkane@wclp.org
WESTERN CENTER ON LAW & POVERTY
3701 Wilshire Boulevard, Suite 208
Los Angeles, CA 90010
Tel: (213) 487-7211
Fax: (213) 487-0242

MARTHA JANE PERKINS (SBN 104784)
perkins@healthlaw.org
NATIONAL HEALTH LAW PROGRAM
200 N. Greensboro Street, Ste. D-13
Carrboro, NC 27510
Tel.: (919) 968-6308
Fax: (919) 968-8855

TANYA BRODER (SBN 136141)
broder@nilc.org
NATIONAL IMMIGRATION LAW CENTER
2030 Addison Street, Suite 420
Berkeley, CA 94704
Telephone: (510) 663-8282
Fax: (213) 639-3911

MAX S. WOLSON*
wolson@nilc.org
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
Telephone: (202) 216-0261
Fax: (202) 216-0266

* Admitted Pro hac vice
**Admitted to Practice in New York and California

*Attorneys for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ *Joshua M. Kolsky*
ERIC J. SOSKIN
Senior Trial Counsel
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
U.S. Dept. of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W., Rm. 12002
Washington, DC 20001
Phone: (202) 305-7664
Fax: (202) 616-8470
Email: joshua.kolsky@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: /s/ Nicholas Espiritu
NICHOLAS ESPIRITU (SBN 237665)
espiritu@nilc.org
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Boulevard, #108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911

Attorney for Plaintiffs