**FILED**

FEB 4 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LA CLINICA DE LA RAZA, INC.; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> DONALD J. TRUMP, in his Official Capacity as President of the United States; et al., <br><br> Defendants-Appellees. | No.  19-17483 <br><br> D.C. No. 4:19-cv-04980-PJH <br> Northern District of California, Oakland <br><br> ORDER |

Appellants' unopposed motion (Docket Entry No. 12) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo