JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ALEXANDER K. HAAS, SBN 220932
Branch Director
ERIC J. SOSKIN
Senior Trial Counsel
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
  P.O. Box 883
  Washington, D.C. 20044
  Telephone:  (202) 305-7664
  Facsimile:  (202) 616-8470
  Email: joshua.kolsky@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CLINICA DE LA RAZA, *et al.*, | Case No. 19-cv-04980-PJH |
| Plaintiffs, | **[PROPOSED] ORDER DISMISSING THE COMPLAINT** |
| v. | |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

*La Clinica de La Raza v. Trump*, No. 19-4980-PJH
[Proposed] Order Dismissing the Complaint

The Court, having considered Defendants' Motion to Dismiss the Complaint, any opposition thereto, and the entire record, hereby **ORDERS** as follows:

(1)    Defendants' Motion is **GRANTED**.

(2)    Plaintiffs' Complaint is **DISMISSED** pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: _____

United States District Judge