Nicholas Espíritu (SBN 237665)
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Boulevard, #108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911
espiritu@nilc.org

Antionette Dozier (SBN 244437)
WESTERN CENTER ON LAW & POVERTY
3701 Wilshire Boulevard, Suite 208
Los Angeles, CA 90010
Tel: (213) 487-7211
Fax: (213) 487-0242
adozier@wclp.org

Martha Jane Perkins (SBN 104784)
NATIONAL HEALTH LAW PROGRAM
200 N. Greensboro Street, Ste. D-13
Carrboro, NC 27510
Tel.: (919) 968-6308
Fax: (919) 968-8855
perkins@healthlaw.org

*Attorneys for Plaintiffs La Clínica de La Raza et al.*
*See signature page for complete list of parties represented*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LA CLÍNICA DE LA RAZA, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, ET AL.<br><br>Defendants. | Case No. 4:19-cv-04980-PJH<br><br>**STIPULATION RE FIRST AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE; DECLARATION OF NICHOLAS ESPÍRITU; AND [PROPOSED] ORDER**<br><br>Courtroom: 3<br>Judge: Hon. Phyllis J. Hamilton<br>Trial Date: None Set<br>Action Filed: August 16, 2019 |

# STIPULATION

Plaintiffs La Clínica de La Raza, African Communities Together, California Primary Care Association, Central American Resource Center, Farmworker Justice, Council on American-Islamic Relations-California, Korean Resource Center, Maternal and Child Health Access, and Legal Aid Society of San Mateo County (collectively, "Organizational Plaintiffs") and Defendants Donald J. Trump, U.S. Department of Homeland Security, U.S. Citizenship and Immigration Services, Kenneth T. Cuccinelli, and Chad Wolf (as replacement for Kevin K. McAleenan in the official capacity of Acting Secretary of DHS) (collectively, "Defendants"), hereby stipulate, subject to the Court's approval, as follows:

WHEREAS, the Organizational Plaintiffs filed their original Complaint on August 16, 2019 (ECF No. 1);

WHEREAS, Defendants filed a motion to dismiss this Complaint on April 22, 2020 (ECF No. 158), pursuant to this Court's entry of the parties' Stipulation Re Case Management Schedule on December 23, 2019 (ECF No. 147) and Order on Organizational Plaintiffs' Motion to Compel Completion of the Administrative Record and Request for Leave to Serve Discovery on April 1, 2020 (ECF No. 157);

WHEREAS, under this District's Local Rules, Organizational Plaintiffs' opposition to Defendants' motion to dismiss is due within 14 days of the Defendants' motion, on May 6, 2020;

WHEREAS, under the Federal Rules of Civil Procedure, Rule 15(a)(1)(B), Organizational Plaintiffs have 21 days to amend as of right after service of Defendants' motion to dismiss, which is May 13, 2010, and this Federal Rule supersedes conflicting Local Rules, *see Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1007-08 (9th Cir. 2015) (holding that a court's local rule on briefing does not supersede the right to file an amended pleading as of right under Rule 15 and that the timely filing of an amended pleading moots a previously filed motion to dismiss);[1]

---

[1] Defendants take no position regarding the statements of law in this paragraph.

WHEREAS, Organizational Plaintiffs, while opposing Defendants' arguments in their motion to dismiss, have decided to file a First Amended Complaint as of right under Federal Rule of Civil Procedure 15(a)(1)(B), in lieu of an opposition brief to the motion to dismiss;

WHEREAS, Organizational Plaintiffs have met and conferred with Defendants on creating a schedule for filing an amended complaint and subsequent motion to dismiss and both parties have agreed that they would benefit from extended time to prepare the pleading and briefing;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED by counsel for Organizational Plaintiffs and Defendants, to adopt the following schedule for amending the complaint and briefing a subsequent motion to dismiss:

1. May 20, 2020: Organizational Plaintiffs file First Amended Complaint.
2. June 10, 2020: Defendants file motion to dismiss or otherwise answer the First Amended Complaint.
3. July 1, 2020: Organizational Plaintiffs file opposition brief to any motion to dismiss.
4. July 15, 2020: Defendants file reply brief to any motion to dismiss.
5. July 29, 2020: Hearing on any motion to dismiss.

Dated: May 7, 2020            Respectfully submitted,

*/s/ Nicholas Espíritu*
NICHOLAS ESPÍRITU (SBN 237665)
espiritu@nilc.org
LINTON JOAQUIN (SBN 73547)
joaquin@nilc.org
ALVARO M. HUERTA (SBN 274787)
huerta@nilc.org
MAYRA B. JOACHIN (SBN 306065)
joachin@nilc.org
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Boulevard, #108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911

ANTIONETTE DOZIER (SBN: 244437)
adozier@wclp.org
ROBERT D. NEWMAN (SBN 86534)
rnewman@wclp.org

DAVID KANE (SBN: 292186)
dkane@wclp.org
WESTERN CENTER ON LAW & POVERTY
3701 Wilshire Boulevard, Suite 208
Los Angeles, CA 90010
Tel: (213) 487-7211
Fax: (213) 487-0242

MARTHA JANE PERKINS (SBN 104784)
perkins@healthlaw.org
NATIONAL HEALTH LAW PROGRAM
200 N. Greensboro Street, Ste. D-13
Carrboro, NC 27510
Tel.: (919) 968-6308
Fax: (919) 968-8855

TANYA BRODER (SBN 136141)
broder@nilc.org
NATIONAL IMMIGRATION LAW CENTER
2030 Addison Street, Suite 420
Berkeley, CA 94704
Telephone: (510) 663-8282
Fax: (213) 639-3911

JOANNA ELISE CUEVAS INGRAM** (SBN 290011)
cuevasingram@nilc.org
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 170392
Brooklyn, NY 11217
Telephone: (213) 377-5258
Fax: (213) 377-5258

MAX S. WOLSON*
wolson@nilc.org
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
Telephone: (202) 216-0261
Fax: (202) 216-0266

KEVIN HERRERA*
herrera@nilc.org
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 32358
Chicago, IL 60632-0358
Telephone: (213) 770-1325
Fax: (213) 770-1325

*  Admitted *Pro hac vice*
**Admitted to Practice in New York and California

*Attorneys for Plaintiffs La Clínica de La Raza, African Communities Together, California Primary Care Association, Central American Resource Center, Farmworker Justice, Council on American-Islamic*

*Relations-California, Korean Resource Center, Maternal and Child Health Access, and Legal Aid Society of San Mateo County*

JOSEPH H. HUNT
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ *Joshua M. Kolsky*
ERIC J. SOSKIN
Senior Trial Counsel
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
U.S. Dept. of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W., Rm. 12002
Washington, DC 20001
Phone: (202) 305-7664
Fax: (202) 616-8470
Email: joshua.kolsky@usdoj.gov

*Attorneys for Defendants*

## DECLARATION OF NICHOLAS ESPÍRITU

I, Nicholas Espíritu, declare:

1. I am counsel for Plaintiffs in the above captioned matter. I submit this declaration pursuant to Local Rule 6-2. I have personal knowledge of the contents of this declaration, and I could and would testify competently to the following if called upon to do so.

2. The parties seek the requested enlargement of time in the interests of filing an amended complaint to respond to arguments raised in the motion to dismiss and for the parties to have sufficient time to substantively brief issues in the subsequent motion to dismiss, particularly given resource constraints during the COVID-19 pandemic.

3. The parties have previously stipulated to case schedules two times in this case. Pursuant to this Court's case management order (ECF No. 139), the parties stipulated in ECF No. 146 to a briefing schedule for addressing the parties' preliminary record and discovery dispute and to set a schedule for the first motion to dismiss, which this Court entered in ECF No. 147. The parties had stipulated to extend the time to file that proposed scheduling order in ECF No. 141, and this Court granted that stipulation in ECF No. 144.

4. Adopting the proposed schedule in this case will extend the deadlines under the Federal Rules of Civil Procedure, Rule 15(a), and the Local Rules of this District, Rules 7-2 and 7-3, for the Organizational Plaintiffs to file an amended complaint and for both parties to file briefing on a subsequent motion to dismiss that amended pleading by one week for each deadline. The schedule provides two weeks between the filing of the reply brief and the motion's hearing, consistent with this Court's Local Rules.

5. Pursuant to Local Rule 5-1(i)(3), I attest that I have obtained the concurrence of Joshua M. Kolsky to file this stipulation with his electronic signature.

Dated: May 7, 2020                                   */s/ Nicholas Espíritu*

**[PROPOSED]** ORDER

IT IS SO ORDERED.

Dated: May 8, 2020

_____
Hon. Phyllis J. Hamilton
U.S. District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*