MICHAEL D. GRANSTON
Deputy Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ALEXANDER K. HAAS, SBN 220932
Branch Director
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
  P.O. Box 883
  Washington, D.C. 20044
  Telephone:  (202) 305-7664
  Facsimile:  (202) 616-8470
  Email: joshua.kolsky@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CLINICA DE LA RAZA, *et al.*, | Case No. 19-cv-4980 (PJH) |
| *Plaintiffs*, | |
| v. | **JOINT STATUS REPORT** |
| JOSEPH R. BIDEN, *et al.*, | |
| *Defendants*. | |

The parties respectfully submit this Joint Status Report in this case challenging a Department of Homeland Security rule titled "Inadmissibility on Public Charge Grounds."  As Defendants reported previously, on February 2, 2021, the President issued an Executive Order addressing issues pertinent to this action, titled Executive Order on Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans. The Executive Order directs heads of relevant agencies, including the Secretary of Homeland Security, to review agency actions related to implementation of the public charge ground of

inadmissibility, 8 U.S.C. § 1182(a)(4)(A), in light of the policy set forth in the Executive Order and certain other considerations.  The order gives the Secretary of Homeland Security 60 days, or until April 3, 2021, to report any appropriate agency actions that can be taken, or have been taken, to address concerns about the current public charge policies' effect on the integrity of the Nation's immigration system and public health.  In Defendants' prior notice, Defendants proposed filing a joint status report by February 19, after conferring with Plaintiffs about the Executive Order.

Defendants report that, pursuant to the Executive Order, the Department of Homeland Security is currently reviewing the rule that is the subject of this lawsuit.  The parties will promptly notify the Court of any decisions arising from that review that may impact this litigation.

In addition, Plaintiffs report that, unless and until Defendants' actions obviate the need to affirmatively pursue relief from the public charge rule, Plaintiffs intend to file a motion for summary judgment on their claims alleging that Kevin McAleenan was invalidly serving as Acting Secretary of the Department of Homeland Security and therefore lacked authority to issue the public charge rule.  The parties have conferred about a briefing schedule for the motion and respectfully propose the following schedule:

| | |
|---|---|
| Deadline for Plaintiffs' motion for summary judgment | March 8, 2021 |
| Deadline for Defendants' opposition to Plaintiffs' motion | April 9, 2021 |
| Deadline for Plaintiffs' reply in support of motion | April 23, 2021 |

The parties have intentionally structured this schedule so that briefing will not be complete until after the conclusion of the review process arising out of the Executive Order described above, so that the parties can inform the Court of any agency decisions that may impact this litigation before the Court expends resources deciding the summary judgment motion.

*La Clinica de La Raza*, Case No. 19-cv-4980-PJH
Joint Status Report

Dated: February 19, 2021                    Respectfully submitted,


                                            MICHAEL D. GRANSTON
                                            Deputy Assistant Attorney General

                                            ALEXANDER K. HAAS, SBN 220932
                                            Branch Director

                                            */s/ Joshua Kolsky*
                                            KERI L. BERMAN
                                            KUNTAL V. CHOLERA
                                            JOSHUA M. KOLSKY, DC Bar 993430
                                            JASON LYNCH
                                            Trial Attorneys
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            P.O. Box 883
                                            Washington, D.C. 20044
                                            joshua.kolsky@usdoj.gov

                                            *Attorneys for Defendants*

                                            */s/ Max S. Wolson*
                                            NICHOLAS ESPÍRITU (SBN 237665)
                                            espiritu@nilc.org
                                            ALVARO M. HUERTA (SBN 274787)
                                            huerta@nilc.org
                                            MAYRA B. JOACHIN (SBN 306065)
                                            joachin@nilc.org
                                            NATIONAL IMMIGRATION LAW CENTER
                                            3450 Wilshire Boulevard, #108-62
                                            Los Angeles, CA 90010
                                            Telephone: (213) 639-3900
                                            Fax: (213) 639-3911

                                            ANTIONETTE DOZIER (SBN: 244437)
                                            adozier@wclp.org
                                            ROBERT D. NEWMAN (SBN) 86534)
                                            rnewman@wclp.org
                                            DAVID KANE (SBN: 292186)
                                            dkane@wclp.org
                                            WESTERN CENTER ON LAW & POVERTY
                                            3701 Wilshire Boulevard, Suite 208
                                            Los Angeles, CA 90010
                                            Tel: (213) 487-7211

*La Clinica de La Raza*, Case No. 19-cv-4980-PJH
Joint Status Report

1

Fax: (213) 487-0242

2

MARTHA JANE PERKINS (SBN 104784)

3

perkins@healthlaw.org
NATIONAL HEALTH LAW PROGRAM

4

200 N. Greensboro Street, Ste. D-13
Carrboro, NC 27510

5

Tel.: (919) 968-6308
Fax: (919) 968-8855

6

7

TANYA BRODER (SBN 136141)
broder@nilc.org

8

NATIONAL IMMIGRATION LAW CENTER
2030 Addison Street, Suite 420

9

Berkeley, CA 94704
Telephone: (510) 663-8282

10

Fax: (213) 639-3911

11

MAX S. WOLSON*

12

wolson@nilc.org
NATIONAL IMMIGRATION LAW CENTER

13

P.O. Box 34573

14

Washington, D.C. 20043
Telephone: (202) 216-0261

15

Fax: (202) 216-0266

16

LAURA D. SMOLOWE (SBN 263012)

17

laura.smolowe@mto.com
ERIC P. TUTTLE (SBN 248440)

18

Eric.Tuttle@mto.com
ANNE K. CONLEY (SBN 307952)

19

Anne.Conley@mto.com

20

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor

21

Los Angeles, California 90071-3426
Tel:     (213) 683-9100

22

Fax:     (213) 687-3702

23

24

* Admitted Pro hac vice

25

*Attorneys for Plaintiffs La Clínica de La Raza,*

26

*African Communities Together, California Primary*
*Care Association, Central American Resource*

27

*Center, Farmworker Justice, Council on American-*

28

*Islamic Relations-California, Korean Resource*

4

*Center, Maternal and Child Health Access, and*
*Legal Aid Society of San Mateo County*

*La Clinica de La Raza*, Case No. 19-cv-4980-PJH
Joint Status Report