Nicholas Espíritu (SBN 237665)
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Boulevard, #108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
Fax: (213) 639-3911
espiritu@nilc.org

Antionette Dozier (SBN 244437)
WESTERN CENTER ON LAW & POVERTY
3701 Wilshire Boulevard, Suite 208
Los Angeles, CA 90010
Tel: (213) 487-7211
Fax: (213) 487-0242
adozier@wclp.org

Martha Jane Perkins (SBN 104784)
NATIONAL HEALTH LAW PROGRAM
200 N. Greensboro Street, Ste. D-13
Carrboro, NC 27510
Tel.: (919) 968-6308
Fax: (919) 968-8855
perkins@healthlaw.org

Laura D. Smolowe (SBN 263012)
Eric P. Tuttle (SBN 248440)
Anne K. Conley (SBN 307952)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Tel:     (213) 683-9100
Fax:    (213) 687-3702
Laura.Smolowe@mto.com
Eric.Tuttle@mto.com
Anne.Conley@mto.com

*Attorneys for Plaintiffs La Clínica de La Raza, et al.*
*See signature page for complete list of parties represented*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| LA CLÍNICA DE LA RAZA, et al.,<br><br>     Plaintiffs,<br><br>     vs.<br><br>JOSEPH R. BIDEN, et al.,<br><br>     Defendants. | Case No. 4:19-cv-04980-PJH<br><br>**JOINT STATEMENT OF UNDISPUTED FACTS FOR SUMMARY JUDGMENT**<br><br>Courtroom: 3<br>Judge:     Hon. Phyllis J. Hamilton<br>Trial Date: None Set |

Pursuant to Civil Local Rule 56-2 and this Court's Civil Pretrial Instructions Standing Order, ¶ A.3, Plaintiffs La Clínica de La Raza, African Communities Together, California Primary Care Association, Central American Resource Center, Farmworker Justice, Council on American-Islamic Relations-California, Korean Resource Center, Maternal and Child Health Access, and Legal Aid Society of San Mateo County, and Defendants Joseph R. Biden, in his official capacity as President of the United States, United States Department of Homeland Security, United States Citizenship and Immigration Services, Tracy Renaud, in her official capacity as the Senior Official Performing the Duties of the Director of the United States Citizenship and Immigration Services, and Alejandro Mayorkas, in his official capacity as Secretary of the Department of Homeland Security, hereby submit the following Joint Statement of Undisputed Facts related to Plaintiffs' Motion for Summary Judgment.

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants through their respective counsel of record that the following material facts may be taken as established:

1. Former President Donald J. Trump did not designate Mr. Kevin McAleenan as Acting Secretary of the Department of Homeland Security under the Federal Vacancies Reform Act, including by the former President's tweets on Twitter on April 7, 2019.

DATED: March 8, 2021

By:    */s/ Nicholas Espíritu*
NICHOLAS ESPÍRITU (SBN 237665)
espiritu@nilc.org
ALVARO M. HUERTA (SBN 274787)
huerta@nilc.org
MAYRA B. JOACHIN (SBN 306065)
joachin@nilc.org
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Boulevard, #108-62
Los Angeles, CA 90010
Telephone: (213) 639-3900
Fax: (213) 639-3911

ANTIONETTE DOZIER (SBN: 244437)
adozier@wclp.org
ROBERT D. NEWMAN (SBN) 86534)
rnewman@wclp.org

DAVID KANE (SBN: 292186)
dkane@wclp.org
WESTERN CENTER ON LAW & POVERTY
3701 Wilshire Boulevard, Suite 208
Los Angeles, CA 90010
Tel: (213) 487-7211
Fax: (213) 487-0242

MARTHA JANE PERKINS (SBN 104784)
perkins@healthlaw.org
NATIONAL HEALTH LAW PROGRAM
200 N. Greensboro Street, Ste. D-13
Carrboro, NC 27510
Tel.: (919) 968-6308
Fax: (919) 968-8855

TANYA BRODER (SBN 136141)
broder@nilc.org
NATIONAL IMMIGRATION LAW CENTER
2030 Addison Street, Suite 420
Berkeley, CA 94704
Telephone: (510) 663-8282
Fax: (213) 639-3911

JOANNA ELISE CUEVAS INGRAM** (SBN 290011)
cuevasingram@nilc.org
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 170392
Brooklyn, NY 11217
Telephone: (213) 377-5258
Fax: (213) 377-5258

MAX S. WOLSON*
wolson@nilc.org
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
Telephone: (202) 216-0261
Fax: (202) 216-0266

LAURA D. SMOLOWE (SBN 263012)
laura.smolowe@mto.com
ERIC P. TUTTLE (SBN 248440)
Eric.Tuttle@mto.com
ANNE K. CONLEY (SBN 307952)
Anne.Conley@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Tel:      (213) 683-9100
Fax:      (213) 687-3702

* Admitted Pro hac vice
**Admitted to Practice in New York and California

*Attorneys for Plaintiffs La Clínica de La Raza, African Communities Together, California Primary Care Association, Central American Resource Center, Farmworker Justice, Council on American-Islamic Relations-California, Korean Resource Center, Maternal and Child Health Access, and Legal Aid Society of San Mateo County*

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ *Kuntal Cholera*
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
U.S. Dept. of Justice, Civil Division
 Federal Programs Branch
1100 L Street, N.W., Rm. 12002
Washington, DC 20001
Phone: (202) 305-8645
Fax: (202) 616-8470
Email: kuntal.cholera@usdoj.gov

*Counsel for Defendants*

**FILER'S ATTESTATION**

I, Nicholas Espíritu, am the CM/ECF user whose identification and password are being used to file this Joint Statement of Undisputed Facts for Summary Judgment. Pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that all of the parties on whose behalf this filing is submitted concur in the filing's content.

*/s/ Nicholas Espíritu*
Nicholas Espíritu

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2021, this document was electronically transmitted to the Clerk of Court using the CM/ECF System for filing and e-service on all parties.

*/s/ Nicholas Espíritu*
Nicholas Espíritu