**EXHIBIT 7**

https://www.dhs.gov/leadership [Go]  MAR **APR** MAY ◀ **10** ▶ 2018 **2019** 2020

1,234 captures
12 Aug 2012 - 2 Mar 2021

About this capture

   Official website of the Department of Homeland Security

U.S. Department of Homeland Security

Enter Search Term
On DHS.gov

# Leadership

List of senior leaders at the Department. For more information about an individual listed, including a biography, click on their name.

- Secretary, Kirstjen M. Nielsen (/web/20190410120732/https://www.dhs.gov/person/kirstjen-m-nielsen) | Secretary's Corner (/web/20190410120732/https://www.dhs.gov/secretary)
    - Deputy Secretary (vacant), Claire M. Grady, Senior Official Performing the Duties of the Deputy Secretary
    - Chief of Staff, Miles Taylor
    - Executive Secretary, Christina G. Bobb (/web/20190410120732/https://www.dhs.gov/person/christina-bobb)
    - General Counsel, John M. Mitnick (/web/20190410120732/https://www.dhs.gov/person/john-m-mitnick)
    - Military Advisor, Rear Admiral Eric C. Jones (/web/20190410120732/https://www.dhs.gov/person/rear-admiral-eric-c-jones)

- Under Secretary, Management, Claire M. Grady (/web/20190410120732/https://www.dhs.gov/person/claire-m-grady)
    - Deputy Under Secretary for Management, Chip Fulghum (/web/20190410120732/https://www.dhs.gov/person/chip-fulghum)
    - Chief Financial Officer (vacant), Stacy Marcott, Senior Official Performing the Duties of the Chief Financial Officer
    - Chief Human Capital Officer, Angela Bailey
    - Chief Information Officer, Dr. John A. Zangardi (/web/20190410120732/https://www.dhs.gov/person/dr-john-zangardi)
    - Chief Procurement Officer, Soraya Correa (/web/20190410120732/https://www.dhs.gov/person/soraya-correa)

https://www.dhs.gov/leadership   Go   MAR **APR** MAY ◀ **10** ▶ 2018 **2019** 2020
1,234 captures
12 Aug 2012 - 2 Mar 2021
▼ About this capture

- (/web/20190410120732/https://www.dhs.gov/person/richard-d-mccomb)
  - Executive Director, Office of Program Accountability and Risk Management, Debra Cox
  - Director, Office of Biometric Identity Management (OBIM), Shonnie Lyon (/web/20190410120732/https://www.dhs.gov/person/shonnie-r-lyon)

- Under Secretary, Science and Technology (vacant), William (Bill) Bryan, Senior Official Performing the Duties of the Under Secretary for Science and Technology
  - Deputy Under Secretary (acting), Andre Hentz

- Under Secretary, Office of Intelligence and Analysis, David J. Glawe (/web/20190410120732/https://www.dhs.gov/person/david-j-glawe)
  - Principal Deputy Under Secretary for Office of Intelligence and Analysis, Brian J. Murphy (/web/20190410120732/https://www.dhs.gov/person/brian-murphy)

- Under Secretary, Office of Strategy, Policy, and Plans (vacant), Chad Wolf, Senior Official Performing the Duties of the Under Secretary, Office of Strategy, Policy, and Plans
  - Deputy Under Secretary, James W. McCament (/web/20190410120732/https://www.dhs.gov/person/james-w-mccament)
  - Assistant Secretary, International Affairs, Dimple Shah (/web/20190410120732/https://www.dhs.gov/person/dimple-r-shah)
  - Assistant Secretary, Cyber, Infrastructure, and Resilience Policy, Bryan Ware
  - Assistant Secretary, Border, Immigration, and Trade Policy, Michael Dougherty
  - Assistant Secretary, Threat Prevention and Security Policy, Elizabeth Neumann (/web/20190410120732/https://www.dhs.gov/person/elizabeth-neumann)
  - Assistant Secretary, Strategy, Plans, Analysis & Risk, Chad Wolf (/web/20190410120732/https://www.dhs.gov/person/chad-wolf)

- Director, U.S. Citizenship and Immigration Services, L. Francis Cissna (https://web.archive.org/web/20190410120732/https://www.uscis.gov/about-us/leadership/l-francis-cissna-director-us-citizenship-and-immigration-services)
  - Deputy Director, U.S. Citizenship and Immigration Services (acting), Tracy Renaud

3/7/2021 Case 4:19-cv-04980-PJH   Document 201-7   Filed 03/08/21   Page 4 of 6 Leadership | Homeland Security

https://www.dhs.gov/leadership    Go    MAR **APR** MAY ◀ **10** ▶ 2018 **2019** 2020

1,234 captures
12 Aug 2012 - 2 Mar 2021

About this capture

- Vice Commandant, U.S. Coast Guard, [Admiral Charles W. Ray (https://web.archive.org/web/20190410120732/https://www.uscg.mil/Leadership/Senior-Leadership/Vice-Commandant/)]

- Commissioner, U.S. Customs and Border Protection, [Kevin K. McAleenan (https://web.archive.org/web/20190410120732/https://www.cbp.gov/about/leadership-organization/commissioner)]
    - Deputy Commissioner, U.S. Customs and Border Protection, [Robert E. Perez (https://web.archive.org/web/20190410120732/https://www.cbp.gov/about/leadership-organization/deputy-commissioner)]
    - Chief Operating Officer, John P. Sanders

- Director, Cybersecurity and Infrastructure Security Agency (CISA), [Christopher C. Krebs (/web/20190410120732/https://www.dhs.gov/person/christopher-c-krebs)]
    - Deputy Director, [Matthew Travis (/web/20190410120732/https://www.dhs.gov/person/matthew-travis)]
    - Assistant Director for Cybersecurity Division (CSD), [Jeanette Manfra (/web/20190410120732/https://www.dhs.gov/person/jeanette-manfra)]
    - Assistant Director for Infrastructure Security Division (ISD), [Brian Harrell (/web/20190410120732/https://www.dhs.gov/person/brian-harrell)]
    - Assistant Director for Emergency Communications (ECD), [Ronald Hewitt (/web/20190410120732/https://www.dhs.gov/person/ronald-t-hewitt)]
    - Director, Federal Protective Service (FPS), [L. Eric Patterson (/web/20190410120732/https://www.dhs.gov/person/l-eric-patterson)]
    - Director, National Risk Management Center (NRMC), [Bob Kolasky (/web/20190410120732/https://www.dhs.gov/person/bob-kolasky)]

- Administrator, Federal Emergency Management Agency (acting), Pete T. Gaynor
    - Deputy Administrator, [Pete T. Gaynor (https://web.archive.org/web/20190410120732/https://www.fema.gov/peter-gaynor)]
    - Deputy Administrator for Resilience, [Daniel Kaniewski (https://web.archive.org/web/20190410120732/https://www.fema.gov/daniel-kaniewski)]

- Director, Federal Law Enforcement Training Centers, [Thomas J. Walters](https://web.archive.org/web/20190410120732/https://www.fletc.gov/our-leadership)
    - Deputy Director, Federal Law Enforcement Training Centers, William Fallon

- Director, U.S. Immigration and Customs Enforcement (ICE), (vacant), [Ronald D. Vitiello](https://web.archive.org/web/20190410120732/https://www.ice.gov/leadership) , Deputy Director and Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement
    - Deputy Director, Matthew T. Albence, Executive Associate Director for Enforcement and Removal Operations and Senior Official Performing the Duties of ICE Deputy Director

- Director, U.S. Secret Service, [Randolph D. Alles](https://web.archive.org/web/20190410120732/https://www.secretservice.gov/about/leadership/#director)
    - Deputy Director, U.S. Secret Service, [William J. Callahan](https://web.archive.org/web/20190410120732/https://www.secretservice.gov/about/leadership/#deputy)

- Administrator, Transportation Security Administration, [David P. Pekoske](https://web.archive.org/web/20190410120732/https://www.tsa.gov/leader-bios/administrator)
    - Deputy Administrator (acting), Transportation Security Administration, Patricia F.S. Cogswell

- Assistant Secretary, Countering Weapons of Mass Destruction Office, [James F. McDonnell](/web/20190410120732/https://www.dhs.gov/person/james-f-mcdonnell)
    - Principal Deputy Assistant Secretary, Countering Weapons of Mass Destruction Office, Andre Watson
    - Chief Medical Officer, Dr. Duane Caneva

- Assistant Secretary, Office of Legislative Affairs, Christine Ciccone
    - Deputy Assistant Secretary, David Wonnenberg (Senate)
    - Deputy Assistant Secretary, Uyen Dinh (House)

- Assistant Secretary, Office of Partnership and Engagement, [John H. Hill](/web/20190410120732/https://www.dhs.gov/person/john-h-hill)

https://www.dhs.gov/leadership    Go    MAR APR MAY
                                         ◄ 10 ►
1,234 captures                          2018 2019 2020
12 Aug 2012 - 2 Mar 2021                        About this capture

- - Deputy Assistant Secretary, Office for State and Local Law Enforcement, Brian Dorow
  - Deputy Assistant Secretary, Intergovernmental Affairs, Alaina Clark
  - Deputy Assistant Secretary, Private Sector Office, Matt Hayden
  - Executive Director, Homeland Security Advisory Council, Matt Hayden
  - Executive Director, Campaigns and Office of Academic Engagement, Trent Frazier
  - Director, Committee Management Office, Traci Silas
  - Director, Office of Terrorism Prevention Partnerships (acting), David Gersten

- Assistant Secretary, Office of Public Affairs, [Jonathan Rath Hoffman (/web/20190410120732/https://www.dhs.gov/person/jonathan-rath-hoffman)](#)
  - Deputy Assistant Secretary, Press, Tyler Houlton
  - Deputy Assistant Secretary, Strategic Communications (vacant)

- Executive Director, Joint Requirements Council, [Joseph D. Wawro (/web/20190410120732/https://www.dhs.gov/person/joseph-d-wawro)](#)

- Director, Operations Coordination (acting), Frank DiFalco

- Chief Privacy Officer (acting), Jonathan Cantor

- Citizenship and Immigration Services Ombudsman, [Julie Kirchner (/web/20190410120732/https://www.dhs.gov/person/julie-kirchner)](#)

- Officer for Civil Rights & Civil Liberties, [Cameron Quinn (/web/20190410120732/https://www.dhs.gov/person/cameron-quinn)](#)

- Inspector General (acting), John V. Kelly

Last Published Date: March 20, 2019