**EXHIBIT 8**

## Submission Under the Federal Vacancies Reform Act

**Addressees**

- ● President of the United States Senate
- ○ Speaker of the U.S. House of Representatives
- ○ Comptroller General of the United States

**This Report Provides Notification of:**

- ● Vacancy
- ● Designation of acting officer
- ○ Nomination
- ○ Action on nomination
- ○ Change in previously submitted reported information
- ○ Discontinuation of service in acting role (date: _____)

**Name of Department or Agency and Any Suborganization**

U.S. Department of Homeland Security, Management Directorate

| Vacancy Title | Date Vacancy Began |
|---|---|
| Under Secretary for Management | 04/10/19 |

| Name of Acting Officer | Date Service Began | Authority for Acting Designation if Other Than Vacancies Act |
|---|---|---|
| Charles H. Fulghum | 04/11/19 | |

| Name of Nominee for Position | Date Nomination Submitted |
|---|---|
| | |

Action on Nomination:   ○ Confirmed   ○ Rejected, withdrawn, returned   Date of Action

**Agency Contact**

Name and Title

Leo E. Boucher III, Asst. General Counsel, Administrative Law, General Law Division

Contact's Address

U.S. Department of Homeland Security

Contact's Phone Number: [redacted]   Contact's E-Mail Address: [redacted]

**Submitted By**

| Name and Title | Telephone Number |
|---|---|
| Neal J. Swartz, Associate General Counsel for General Law | [redacted] |

| Signature | Date |
|---|---|
| [signed] Neal Swartz | APR 1 1 2019 |

**For Congressional Use Only**

Committee of Jurisdiction

Date Received

**For GAO Use Only**

GAO Control Number

2/8/00