# EXHIBIT 9

🇺🇸 An official website of the United States government　　Here's how you know　　TLP:WHITE

EMAIL US　　CONTACT　　SITE MAP



**Archived Content**

In an effort to keep CISA.gov current, the archive contains outdated information that may not reflect current policy or programs.

# CHRISTOPHER C. KREBS



Christopher Krebs serves as the first director of the Department of Homeland Security's Cybersecurity and Infrastructure Security Agency (CISA). Mr. Krebs was originally sworn in on June 15, 2018 as the Under Secretary for the predecessor of CISA, the National Protection and Programs Directorate (NPPD). Mr. Krebs was nominated for that position by President Trump in February 2018.

Before serving as CISA Director, Mr. Krebs was appointed in August 2017 as the Assistant Secretary for Infrastructure Protection. In the absence of a permanent NPPD Under Secretary at the time, Mr. Krebs took on the role of serving as the Senior Official Performing the Duties of the Under Secretary for NPPD until he was subsequently nominated as the Under Secretary and confirmed by the Senate the following year.

Mr. Krebs joined DHS in March 2017, first serving as Senior Counselor to the Secretary, where he advised DHS leadership on a range of cybersecurity, critical infrastructure, and national resilience issues. Prior to coming to DHS, he was a member of Microsoft's U.S. Government Affairs team as the Director for Cybersecurity Policy, where he led Microsoft's U.S. policy work on cybersecurity and technology issues.

Before Microsoft, Mr. Krebs advised industry and federal, state, and local government customers on a range of cybersecurity and risk management issues. This is his second tour working at DHS, previously serving as the Senior Advisor to the Assistant Secretary for Infrastructure Protection and playing a formative role in a number of national and international risk management programs.

As Director, Mr. Krebs oversees CISA's efforts to defend civilian networks, manage systemic risk to national critical functions, and work with stakeholders to raise the security baseline of the Nation's cyber and physical infrastructure.

TLP:WHITE

Mr. Krebs holds a bachelor's degree in environmental sciences from the University of Virginia and a J.D. from the Antonin Scalia Law School at George Mason University.

TLP:WHITE

TLP:WHITE

TLP:WHITE