**EXHIBIT 10**

Official website of the Department of Homeland Security

U.S. Customs and Border Protection (/)

 (https://www.facebook.com/CBPgov/)  (https://www.instagram.com/cbpgov/)  (https://www.flickr.com/photos/cbpphotos/)  (https://twitter.com/cbp)  (https://www.linkedin.com/company/2997?trk=tyah)  (https://www.youtube.com/user/customsborderprotect)  (https://public.govdelivery.com/accounts/USDHSCBP/subscriber/new)

# Kevin K. McAleenan Sworn in as CBP Deputy Commissioner

Release Date: March 20, 2015

Kevin K. McAleenan was officially sworn in as U.S. Customs and Border Protection Deputy Commissioner – the agency's chief operating official – March 18 during a ceremony at CBP headquarters in Washington, D.C.



(/sites/default/files/assets/opa-dacswearingin-20150320.jpg)

*CBP Commissioner R. Gil Kerlikowske (left) officially swears in Kevin K. McAleenan (right) as CBP Deputy Commissioner – the agency's chief operating official – March 18 during a ceremony at CBP headquarters in Washington, D.C. Photo Credit: Josh Denmark*

"It is an honor for me to be here to administer the oath of office to such a remarkable public servant," said CBP Commissioner R. Gil Kerlikowske to the gathering of Mr. McAleenan's family, friends and colleagues. "His dedication, his vision to transform CBP and to ensure that we remain the nation's premier law enforcement agency, is truly astounding."

After taking the oath of office, Deputy Commissioner McAleenan addressed the audience and highlighted the talent and accomplishments of CBP's global workforce.

"Our people are our heart and soul," said Deputy Commissioner McAleenan. "I believe we have the best leadership team in the government and I know we have a frontline workforce that has never let us down, no matter what challenges they face. We're attracting tremendous talent and investing in enhanced

training for them to take us to the next level."

Mr. McAleenan served as the acting Deputy Commissioner since March 30, 2013. He previously served since Dec. 31, 2011, as acting assistant commissioner of the CBP Office of Field Operations, leading the agency's port security and facilitation operations. Prior to serving in these capacities, he held the position of deputy assistant commissioner, Office of Field Operations, between July 2010 and December 2011.

Distinguished guests and speakers at the ceremony included U.S. Department of Homeland Security Secretary Jeh Johnson and former acting CBP Commissioner Thomas Winkowski.

*U.S. Customs and Border Protection is the unified border agency within the Department of Homeland Security charged with the management, control and protection of our nation's borders at and between the official ports of entry. CBP is charged with keeping terrorists and terrorist weapons out of the country while enforcing hundreds of U.S. laws.*

**Last modified:** February 3, 2021
**Tags:**   Leadership,   Archive Spotlights

 Share This Page.