**EXHIBIT 13**

3/7/2021, Chad Wolf Confirmed as Under Secretary of Homeland Security Office of Strategy, Policy, and Plans | Homeland Security

Case 4:19-cv-04980-PJH Document 201-13 Filed 03/08/21 Page 2 of 2



Official website of the Department of Homeland Security

U.S. Department of Homeland Security

## Archived Content

In an effort to keep DHS.gov current, the archive contains outdated information that may not reflect current policy or programs.

# Chad Wolf Confirmed as Under Secretary of Homeland Security Office of Strategy, Policy, and Plans

Release Date: November 13, 2019

WASHINGTON- Today the United States Senate confirmed Chad F. Wolf to become the Under Secretary of the Department of Homeland Security (DHS) Office of Strategy, Policy, and Plans (PLCY) with a bipartisan vote of 54-41. President Donald J. Trump nominated Wolf to the position in February 2019. Under Secretary Wolf has served at the Department in various senior leadership positions since its inception and he brings more than 20 years of experience in the government and private sector to the position.

"I want to thank the President for nominating me to this critical position and for the U.S. Senate for taking action. I have served the Department since inauguration day and am honored to serve as the first Under Secretary for Policy," said Under Secretary Wolf. "I am continually inspired by the tireless and exemplary work of the men and women of the Office of Policy in support of the Department's mission."

Topics: Homeland Security Enterprise (/topics/homeland-security-enterprise)
Keywords: Planning (/keywords/planning), Policy (/keywords/policy), Strategy (/keywords/strategy)

Last Published Date: November 13, 2019