**EXHIBIT 14**



https://www.dhs.gov/leadership    Go    OCT **NOV** DEC
                                        ◀ **13** ▶
1,234 captures                          2018 **2019** 2020
12 Aug 2012 - 2 Mar 2021                      ▼ About this capture

🇺🇸 Official website of the Department of Homeland Security

 U.S. Department of Homeland Security

# Leadership

List of senior leaders at the Department. For more information about an individual listed, including a biography, click on their name.

- Secretary (acting), Kevin K. McAleenan (/web/20191113112609/https://www.dhs.gov/person/kevin-k-mcaleenan) | Secretary's Corner (/web/20191113112609/https://www.dhs.gov/secretary)
    - Deputy Secretary (vacant), David P. Pekoske (https://web.archive.org/web/20191113112609/https://www.tsa.gov/leader-bios/administrator) , Senior Official Performing the Duties of the Deputy Secretary
    - Chief of Staff (acting), Brandon Wales
    - Executive Secretary (acting), Juliana Blackwell
    - General Counsel (acting), Joseph B. Maher
    - Military Advisor, Rear Admiral Brendan C. McPherson (/web/20191113112609/https://www.dhs.gov/person/rear-admiral-brendan-c-mcpherson)

- Under Secretary, Management (vacant), Randolph D. "Tex" Alles, Senior Official Performing the Duties of the Under Secretary for Management
    - Deputy Under Secretary for Management, Randolph D. "Tex" Alles (/web/20191113112609/https://www.dhs.gov/person/randolph-d-tex-alles)
    - Chief Financial Officer (acting), Stacy Marcott
    - Chief Human Capital Officer, Angela Bailey (/web/20191113112609/https://www.dhs.gov/person/angela-bailey)
    - Chief Information Officer, Dr. John A. Zangardi (/web/20191113112609/https://www.dhs.gov/person/dr-john-zangardi)
    - Chief Procurement Officer, Soraya Correa (/web/20191113112609/https://www.dhs.gov/person/soraya-correa)
    - Chief Readiness Support Officer, Tom Chaleki

https://www.dhs.gov/leaderships Go  OCT **NOV** DEC ◀ **13** ▶ 2018 **2019** 2020
1,234 captures
12 Aug 2012 - 2 Mar 2021
▼ About this capture

- Executive Director, Office of Program Accountability and Risk Management, Debra Cox
- Director, Office of Biometric Identity Management (OBIM), Shonnie Lyon (/web/20191113112609/https://www.dhs.gov/person/shonnie-r-lyon)
- Director, Federal Protective Service (FPS), L. Eric Patterson (/web/20191113112609/https://www.dhs.gov/person/l-eric-patterson)

* Under Secretary, Science and Technology (vacant), William (Bill) Bryan, Senior Official Performing the Duties of the Under Secretary for Science and Technology
    - Deputy Under Secretary (acting), Andre Hentz

* Under Secretary, Office of Intelligence and Analysis, David J. Glawe (/web/20191113112609/https://www.dhs.gov/person/david-j-glawe)
    - Principal Deputy Under Secretary for Office of Intelligence and Analysis, Brian J. Murphy (/web/20191113112609/https://www.dhs.gov/person/brian-murphy)

* Under Secretary, Office of Strategy, Policy, and Plans (vacant), Chad Wolf, Senior Official Performing the Duties of the Under Secretary, Office of Strategy, Policy, and Plans
    - Deputy Under Secretary, James W. McCament (/web/20191113112609/https://www.dhs.gov/person/james-w-mccament)
    - Assistant Secretary, International Affairs, Valerie Boyd
    - Assistant Secretary, Cyber, Infrastructure, and Resilience Policy, Bryan Ware (/web/20191113112609/https://www.dhs.gov/person/bryan-s-ware)
    - Assistant Secretary, Border, Immigration, and Trade Policy, Scott Glabe
    - Assistant Secretary, Threat Prevention and Security Policy, Elizabeth Neumann (/web/20191113112609/https://www.dhs.gov/person/elizabeth-neumann)
    - Assistant Secretary, Strategy, Plans, Analysis & Risk, Chad Wolf (/web/20191113112609/https://www.dhs.gov/person/chad-wolf)

* Director, U.S. Citizenship and Immigration Services (acting), Ken Cuccinelli
    - Deputy Director, U.S. Citizenship and Immigration Services, Mark Koumans (https://web.archive.org/web/20191113112609/https://www.uscis.gov/about-us/leadership/mark-koumans-deputy-director-us-citizenship-and-immigration-services)

https://www.dhs.gov/leadership    Go    OCT **NOV** DEC ◀ **13** ▶ 2018 **2019** 2020
1,234 captures
12 Aug 2012 - 2 Mar 2021
▼ About this capture

- Vice Commandant, U.S. Coast Guard, Admiral Charles W. Ray (https://web.archive.org/web/20191113112609/https://www.uscg.mil/Leadership/Senior-Leadership/Vice-Commandant/)

- Commissioner, U.S. Customs and Border Protection, Kevin K. McAleenan (https://web.archive.org/web/20191113112609/https://www.cbp.gov/about/leadership-organization/commissioner) (currently serving as Acting Secretary, Department of Homeland Security)
    - Chief Operating Officer and Senior Official Performing the Duties of the Commissioner, U.S. Customs and Border Protection, Mark A. Morgan (https://web.archive.org/web/20191113112609/https://www.cbp.gov/about/leadership-organization)
    - Deputy Commissioner, U.S. Customs and Border Protection, Robert E. Perez (https://web.archive.org/web/20191113112609/https://www.cbp.gov/about/leadership-organization/deputy-commissioner)

- Director, Cybersecurity and Infrastructure Security Agency (CISA), Christopher C. Krebs (/web/20191113112609/https://www.dhs.gov/person/christopher-c-krebs)
    - Deputy Director, Matthew Travis (/web/20191113112609/https://www.dhs.gov/person/matthew-travis)
    - Assistant Director for Cybersecurity Division (CSD), Jeanette Manfra (/web/20191113112609/https://www.dhs.gov/person/jeanette-manfra)
    - Assistant Director for Infrastructure Security Division (ISD), Brian Harrell (/web/20191113112609/https://www.dhs.gov/person/brian-harrell)
    - Assistant Director for Emergency Communications (ECD), Ronald Hewitt (/web/20191113112609/https://www.dhs.gov/person/ronald-t-hewitt)
    - Assistant Director, National Risk Management Center (NRMC), Bob Kolasky (/web/20191113112609/https://www.dhs.gov/person/bob-kolasky)

- Administrator, Federal Emergency Management Agency (acting), Pete T. Gaynor
    - Deputy Administrator, Pete T. Gaynor (https://web.archive.org/web/20191113112609/https://www.fema.gov/peter-gaynor)

https://www.dhs.gov/leadership    Go    OCT **NOV** DEC
◀ **13** ▶
1,234 captures                         2018 **2019** 2020
12 Aug 2012 - 2 Mar 2021                      ▼ About this capture

- U.S. Fire Administrator, Keith Bryant (https://web.archive.org/web/20191113112609/https://www.usfa.fema.gov/about/administrator.html)

- Director, Federal Law Enforcement Training Centers, Thomas J. Walters (https://web.archive.org/web/20191113112609/https://www.fletc.gov/our-leadership)
  - Deputy Director, Federal Law Enforcement Training Centers, William Fallon

- Director, U.S. Immigration and Customs Enforcement (ICE), (vacant), Matthew T. Albence, Senior Official Performing the Duties of the Director, U.S. Immigration and Customs Enforcement
  - Deputy Director, Matthew T. Albence (https://web.archive.org/web/20191113112609/https://www.ice.gov/leadership)

- Director, U.S. Secret Service, James M. Murray (https://web.archive.org/web/20191113112609/https://www.secretservice.gov/about/leadership/#director)
  - Deputy Director, U.S. Secret Service, Leonza "Leon" Newsome III

- Administrator, Transportation Security Administration, David P. Pekoske (https://web.archive.org/web/20191113112609/https://www.tsa.gov/leader-bios/administrator)
  - Deputy Administrator (acting), Transportation Security Administration, Patricia F.S. Cogswell

- Assistant Secretary, Countering Weapons of Mass Destruction Office (acting), Gary Rasicot
  - Principal Deputy Assistant Secretary, Countering Weapons of Mass Destruction Office, Andre Watson
  - Chief Medical Officer, Dr. Duane Caneva

- Assistant Secretary, Office of Legislative Affairs, Christine M. Ciccone (/web/20191113112609/https://www.dhs.gov/person/christine-m-ciccone)
  - Deputy Assistant Secretary, David Wonnenberg (/web/20191113112609/https://www.dhs.gov/person/david-wonnenberg) (Senate)
  - Deputy Assistant Secretary, Uyen Dinh (/web/20191113112609/https://www.dhs.gov/person/uyen-dinh-esq) (House)



- Deputy Assistant Secretary, Office for State and Local Law Enforcement, Brian Dorow
    - Deputy Assistant Secretary, Intergovernmental Affairs, Cherie N. Short
    - Deputy Assistant Secretary, Private Sector Office, Matt Hayden
    - Executive Director, Homeland Security Advisory Council, Matt Hayden
    - Executive Director, Campaigns and Office of Academic Engagement, Trent Frazier
    - Director, Committee Management Office, Traci Silas

- Assistant Secretary, Office of Public Affairs (acting), Heather N. Swift
    - Deputy Assistant Secretary, Media Operations, Vacant
    - Deputy Assistant Secretary, Strategic Communications, Michael Bars

- Executive Director, Joint Requirements Council, [Joseph D. Wawro (/web/20191113112609/https://www.dhs.gov/person/joseph-d-wawro)](/web/20191113112609/https://www.dhs.gov/person/joseph-d-wawro)

- Director, Operations Coordination, [Christopher J. Tomney (/web/20191113112609/https://www.dhs.gov/person/rear-admiral-christopher-j-tomney-uscg-ret)](/web/20191113112609/https://www.dhs.gov/person/rear-admiral-christopher-j-tomney-uscg-ret)

- Chief Privacy Officer (acting), Jonathan Cantor

- Citizenship and Immigration Services Ombudsman, [Michael T. Dougherty (/web/20191113112609/https://www.dhs.gov/person/michael-t-dougherty)](/web/20191113112609/https://www.dhs.gov/person/michael-t-dougherty)

- Officer for Civil Rights & Civil Liberties, [Cameron Quinn (/web/20191113112609/https://www.dhs.gov/person/cameron-quinn)](/web/20191113112609/https://www.dhs.gov/person/cameron-quinn)

- Inspector General, Joseph V. Cuffari

Last Published Date: November 8, 2019