**EXHIBIT 15**

3/7/2021 PN2235 - Nomination of Chad F. Wolf for Department of Homeland Security, 116th Congress (2019-2020) | Congress.gov | Library of Con…

Case 4:19-cv-04980-PJH   Document 201-15   Filed 03/08/21   Page 2 of 2

# CONGRESS.GOV

# PN2235 — Chad F. Wolf — Department of Homeland Security
116th Congress (2019-2020)

## Description
Chad F. Wolf, of Virginia, to be Secretary of Homeland Security, vice Kirstjen Nielsen, resigned.

## Organization
Department of Homeland Security

## Latest Action
01/03/2021 - Returned to the President under the provisions of Senate Rule XXXI, paragraph 6 of the Standing Rules of the Senate.

## Date Received from President
09/10/2020

## Committee
Senate Homeland Security and Governmental Affairs

Sort by  Newest to Oldest ▾

| Date | Senate Actions |
| --- | --- |
| 01/03/2021 | Returned to the President under the provisions of Senate Rule XXXI, paragraph 6 of the Standing Rules of the Senate. |
| 09/30/2020 | Placed on Senate Executive Calendar. Calendar No. 888. Subject to nominee's commitment to respond to requests to appear and testify before any duly constituted committee of the Senate. |
| 09/30/2020 | Reported by Senator Johnson, Committee on Homeland Security and Governmental Affairs, without printed report. |
| 09/30/2020 | Committee on Homeland Security and Governmental Affairs. Ordered to be reported favorably. |
| 09/23/2020 | Committee on Homeland Security and Governmental Affairs. Hearings held. |
| 09/10/2020 | Received in the Senate and referred to the Committee on Homeland Security and Governmental Affairs. |