BRIAN M. BOYNTON
Assistant Attorney General
DAVID L. ANDERSON
United States Attorney
ALEXANDER K. HAAS, SBN 220932
Branch Director
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
 P.O. Box 883
 Washington, D.C. 20044
 Telephone:  (202) 305-7664
 Facsimile:  (202) 616-8470
 Email: joshua.kolsky@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CLINICA DE LA RAZA, *et al.*, | Case No. 4:19-cv-04980-PJH |
| Plaintiffs, | |
| v. | **NOTICE** |
| DONALD J. TRUMP, *et al.* | |
| Defendants. | |
| | Judge: Hon. Phyllis J. Hamilton |

**NOTICE**

Defendants hereby notify the Court that, yesterday (March 9, 2021), DHS released a statement indicating that (i) it "has determined that continuing to defend the final rule, Inadmissibility on Public Charge Grounds . . . is neither in the public interest nor an efficient use of limited government resources," (ii) the Department of Justice is no longer "pursu[ing] appellate review of judicial decisions invalidating or enjoining enforcement of the 2019 Rule," and (iii)

"[o]nce the previously entered judicial invalidation of the 2019 Rule becomes final, the 1999 interim field guidance on the public charge inadmissibility provision (i.e., the policy that was in place before the 2019 Rule) will apply." Ex. A.

Consistent with DHS's statement, Defendants filed a motion to voluntarily dismiss its appeal of the Northern District of Illinois's Order granting Plaintiffs' Motion for Summary Judgment, and permanently vacating the 2019 Rule (ECF No. 221). *See* Unopposed Motion to Voluntarily Dismiss, No. 20-3150, ECF No. 23 (7th Cir. March 9, 2021). The Seventh Circuit promptly granted this motion, and concurrently issued its mandate. *See* Order Dismissing Appeal, No. 20-3150, ECF No. 24-1 (7th Cir. March 9, 2021); Notice of Issuance of Mandate, No. 20-3150, ECF No. 24-2 (7th Cir. March 9, 2021).

Shortly afterwards, DHS issued another statement, confirming that "[f]ollowing the Seventh Circuit dismissal," the "final judgment from the Northern District of Illinois, which vacated the 2019 public charge rule, went into effect" and, "[a]s a result, the 1999 interim field guidance on the public charge inadmissibility provision (i.e., the policy that was in place before the 2019 public charge rule) is now in effect." Ex. B.

Defendants will confer with Plaintiffs, over whether any further proceedings in this matter—including further briefing over Plaintiffs' Motion for Summary Judgment (ECF No. 199)— are necessary in light of the aforementioned developments.

*La Clinica de La Raza v. Trump*, No. 19-4980-PJH
Notice

Dated: March 10, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Assistant Attorney General

ALEXANDER K. HAAS, SBN 220932
Branch Director

*/s/ Kuntal Cholera*
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar 993430
JASON C. LYNCH
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
joshua.kolsky@usdoj.gov

*Attorneys for Defendants*