# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

LA CLINICA DE LA RAZA, *et al.*,

    Plaintiffs,

        v.

JOSEPH R. BIDEN, *et al.*

    Defendants.

)
)
)
)
)
)
)
)
)
)
)

Case No. 4:19-cv-04980-PJH

~~[PROPOSED]~~ **ORDER AS MODIFIED BY THE COURT**

## ~~[PROPOSED]~~ ORDER

The parties Joint Motion to Hold Plaintiffs' Motion for Summary Judgment (ECF No. 199) in Abeyance is **GRANTED**. Defendants shall promptly notify the Court of any activity that changes the status of the Public Charge Rule, and should there be any development resulting in the Public Charge Rule going back into effect, Defendants' deadline for responding to Plaintiffs' summary judgment motion shall be for thirty (30) days after the Public Charge Rule has again gone into effect. This abeyance shall serve as termination of the motion for administrative purposes only.

    IT IS SO ORDERED.

    Dated:  April 6, 2021



_____
United S...

IT IS SO ORDERED
Judge Phyllis J. Hamilton

3

*La Clinica de La Raza v. Biden*, No. 19-4980-PJH