UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA CLINICA DE LA RAZA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-04980-PJH<br><br>**ORDER RE JOINT STATUS STATEMENT**<br><br>Re: Dkt. No. 217 |

　　　　The parties in the above-captioned case have filed a joint status statement. See Dkt. 217. The statement provides updates on the appeals and agency rulemaking in favor of which this case was stayed, and then indicates that plaintiffs request an additional stay until March 1, 2023 "to evaluate next steps." See id. at 3. Defendants state that they "do not oppose plaintiffs' request," but "do not intend to consent to any further extension of the stay" as they "believe that this case . . . should promptly be dismissed as moot." Id.

　　　　Because the request for a brief additional stay is a joint request, the court GRANTS the request and orders this case further stayed until **March 1, 2023**. However, if a dismissal is not filed by that date, then the parties must appear for a case management conference on **March 16, 2023** at 2:00 p.m., and the court will hear arguments on why the case should not be dismissed as moot.

　　　　**IT IS SO ORDERED.**

Dated: January 31, 2023

　　　　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge